NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――

**IN RE: GARTH E. JANKE,**
*Appellant*

―――――――――

2017-1697

―――――――――

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 13/135,213.

―――――――――

**JUDGMENT**

―――――――――

GARTH E. JANKE, Portland Intellectual Property, LLC, Portland, OR, argued pro se.

MARY L. KELLY, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu. Also represented by NATHAN K. KELLEY, THOMAS W. KRAUSE, MEREDITH HOPE SCHOENFELD.

―――――――――

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and DYK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 February 20, 2018       /s/ Peter R. Marksteiner
Date       Peter R. Marksteiner
      Clerk of Court